**MANDATE**

SDNY/NYNY
03-cr-1188
BERMAN

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of April, two thousand nine,

Before:  Hon. Amalya L. Kearse,
Hon. Robert D. Sack,
Hon. Peter W. Hall,
          Circuit Judges.

Docket No. 09-1576-op

In Re: Alba Inés Rendón Galvis,

Petitioner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

United States of America,

Plaintiff,

v.

Diego Fernando Murillo-Bejerano, a/k/a Don Bernardo, a/k/a Don Berna, a/k/a Adolfo Paz, Vicente Castano-Gil, a/k/a Profe, David Donado,

Defendants.

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

ON CONSIDERATION THEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the petition for *writ of mandamus* is DENIED in accordance with the opinion of this court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Joy Fallek
Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, **Clerk**

by _____
    DEPUTY CLERK